UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HEALTHCARE RECRUITERS LLC** d/b/a UNITED NURSING INTERANTIONAL | * * * * | **CIVIL ACTION NO:** |
| | * | **DISTRICT JUDGE:** |
| vs. | * * | |
| | * | **MAGISTRATE JUDGE:** |
| **ACCOUNTABLE HEALTHCARE STAFFING, INC.** | * * * | |

**NOTICE OF REMOVAL**

TO:  THE HONORABLE JUDGES OF
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

NOW COMES Accountable Healthcare Staffing, Inc. ("AHS"), which removes this action from the 41st Judicial District Court, Parish of Orleans, State of Louisiana, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support of this Notice of Removal, AHS submits:

**INTRODUCTION**

1.

On May 25, 2022, Plaintiff, Healthcare Recruiters, LLC ("HCR"), filed a "Petition" in the Civil District Court for the Parish of Orleans, in an action entitled *HEALTHCARE RECRUITERS LLC (dba United Nursing International) v. ACCOUNTABLE HEALTHCARE STAFFING, INC.*, 41st Judicial District Court, No. 2022-04679, Div. L, Section 6.  In accordance with 28 U.S.C. §§

1446(a), AHS attaches a copy of the trial court record, including but not limited to all process, pleadings, and orders served upon it, as Exhibit "A."

## THIS NOTICE OF REMOVAL IS TIMELY FILED

2.

On July 5, 2022, National Registered Agents, Inc., the registered agent for AHS was served with process. Therefore, this Notice of Removal is timely filed under 28 U.S.C. §§ 1446(b)(2)(B), as it has been filed in this Court within thirty (30) days of service upon AHS. No previous application for removal has been made. This case is removed less than one year after commencement of the state court action in compliance with 28 U.S.C. §§ 1446(c)

## BASIS FOR SUBJECT MATTER JURISDICTION

3.

Removal of this suit is proper because it is an action in which this Court has original jurisdiction under 28 U.S.C. §§ 1332(a), as it is an action between citizens of different states, and the matter in controversy exceeds $75,000.00, exclusive of interest and costs. 28 U.S.C. §§ 1441(a).

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS BETWEEN THE PARTIES

4.

Plaintiff herein is a Louisiana limited liability company. Citizenship of a limited liability company is determined by the citizenship of each of its members. *Seguin v. Remington Arms Co., L.L.C.*, 22 F.4th 492, 494 (5th Cir.2022). When members are themselves limited liability companies, the citizenship must be traced through however many layers of members there may be. *Roy O. Martin Lumber Co., LLC v. Hartford Steam Boiler Inspection & Inc. Co.,* Civil Action No.

2:11-cv-804, 2012 WL 1596715, at *3 (W.D. La. May 4, 2012). Upon information and belief, The Santam Limited, LLC, a California limited liability company, is the sole member of HCR. A copy of HCR's filings with the Louisiana Secretary of State are attached hereto as Exhibit "B". Upon information and belief, the Brar Family Trust, is the sole member of The Santam Limited, LLC. A copy of The Santam Limited, LLC's filings with the California Secretary of State are attached hereto as Exhibit "C". Upon information and belief, the trustee of the Brar Family Trust is a citizen of California. See Exhibits "B" and "C."

5.

Defendant herein, AHS, is a corporation. For purposes of diversity jurisdiction, the citizenship is determined by considering its state of incorporation and principal place of business. 28 U.S.C. §§ 1332(c)(1); See also *Smith v. Toyota Motor Corp.*, 978 F.3d 280, 282 (5th Cir.2020). AHS is a Delaware corporation with its principal place of business in Florida. Thus, AHS is considered a citizen of Delaware and Texas.

6.

Complete diversity exists between the parties in this action.

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00, EXCLUSIVE OF INTEREST AND COSTS**

7.

In its Petition, HCR allege damages in the amount of $455,655.83. See Exhibit "A," Petition, ¶¶ 6, 16, and the prayer for relief. Thus, based upon HCR's allegation, it is apparent from the face of HCR's Petition that the amount in controversy exceeds $75,000.00.

## PROCEDURAL REQUIREMENTS

8.

The United States District Court for the Eastern District of Louisiana is the federal judicial district embracing the Civil District Court for the Parish of Orleans, where this suit was originally filed. Therefore, venue is proper in this Court under 28 U.S.C. § 98(a) and 28 U.S.C. § 141(a).

9.

In accordance with 28 U.S.C. § 1446(d), AHS will promptly give written notice of filing this Notice of Removal to all adverse parties and will file a copy of this Notice of Removal with the Clerk of Court for the Civil District Court for the Parish of Orleans. A copy of this Notice of Filing of Notice of Removal is attached hereto as Exhibit "D."

10.

If any question arises as to the propriety of the removal of this action, AHS respectfully requests the opportunity to brief any disputed issues and to present oral argument in support of its position that this action is properly removable.

11.

AHS files this Notice of Removal without waiving its rights to assert any objection, exceptions, defenses, and/or counterclaims to HRC's Petition available under state or federal law.

12.

AHS reserves the right to supplement and/or amend this Notice of Removal.

WHEREFORE, Accountable Healthcare Staffing, Inc., prays that this Notice of Removal be deemed sufficient and that this civil action proceed in this Honorable Court.

Respectfully submitted:

OTTINGER HEBERT, L.L.C.

s/Ryan P. McAlister
J. Michael Fussell, Jr., Bar Roll No. 29870
mfussell@ohllc.com
Ryan P. McAlister, Bar Roll No. 37788
rmcalister@ohllc.com
P. O. Drawer 52606
1313 West Pinhook Road (70503)
Lafayette, Louisiana 70505-2606
Telephone: (337) 232-2606
Facsimile:  (337) 232-9867

*Counsel for Accountable Healthcare Staffing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Removal* has been delivered to all counsel of record via electronic mail on this 26th day of July, 2022

*s/Ryan P. McAlister*
Ryan P. McAlister