UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HEALTHCARE RECRUITERS LLC**<br>**d/b/a UNITED NURSING**<br>**INTERNATIONAL** | *<br>*<br>*<br>* | **CIVIL ACTION NO: 22-2322-WBV-KWR** |
| | * | **DISTRICT JUDGE: VITTER** |
| **vs.** | *<br>* | |
| | * | **MAGISTRATE JUDGE: ROBY** |
| **ACCOUNTABLE HEALTHCARE**<br>**STAFFING, INC.** | *<br>*<br>* | |

**AMENDED NOTICE OF REMOVAL**

NOW COMES Accountable Healthcare Staffing, Inc. ("AHS"), who removed this action from the 41st Judicial District Court, Parish of Orleans, State of Louisiana, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (R. Doc. 1). In support of its removal, and pursuant to this Court's Order dated August 1, 2022 (R. Doc. 9), AHS submits the following Amended Notice of Removal:

1.

The allegations and exhibits contained in AHS' Notice of Removal (R. Doc. 1) are adopted herein in their entirety unless expressly stated otherwise below.

2.

Paragraph 4 of the Notice of Removal (R. Doc. 1) is amended to read as follows:

"4.

Plaintiff herein is a Louisiana limited liability company.

Citizenship of a limited liability company is determined by the

citizenship of each of its members. *Seguin v. Remington Arms Co., L.L.C.*, 22 F.4th 492, 494 (5th Cir.2022). When members are themselves limited liability companies, the citizenship must be traced through however many layers of members there may be. *Roy O. Martin Lumber Co., LLC v. Hartford Steam Boiler Inspection & Inc. Co.,* Civil Action No. 2:11-cv-804, 2012 WL 1596715, at *3 (W.D. La. May 4, 2012). The Santam Limited, LLC, a California limited liability company, is the sole member of HCR. A copy of HCR's filings with the Louisiana Secretary of State are attached hereto as Exhibit "B". The Brar Family Trust, is the sole member of The Santam Limited, LLC. A copy of The Santam Limited, LLC's filings with the California Secretary of State are attached hereto as Exhibit "C". There are no shareholders of the Brar Family Trust – it is a California Trust and is owned by its individual Co-Trustees, who are both citizens of the United States and domiciled in California. Further, the Brar Family Trust has no beneficiaries that are citizens of Delaware or Florida. See Exhibit "D", Response to Interrogatory No. 4."

3.

Paragraph 5 of the Notice of Removal (R. Doc. 1) is amended to read as follows:

"5.

Defendant herein, AHS, is a corporation. For purposes of diversity jurisdiction, the citizenship is determined by considering its state of incorporation and principal place of business. 28 U.S.C. §§ 1332(c)(1); See also *Smith v. Toyota Motor Corp.*, 978 F.3d 280, 282 (5th Cir.2020). AHS is a Delaware corporation with its principal place of business in Florida. Thus, AHS is considered a citizen of Delaware and Florida."

WHEREFORE, Accountable Healthcare Staffing, Inc., prays that this Amended Notice of Removal be deemed sufficient and that this civil action proceeds in this Honorable Court.

Respectfully submitted:

OTTINGER HEBERT, L.L.C.

s/Ryan P. McAlister
J. Michael Fussell, Jr., Bar Roll No. 29870
mfussell@ohllc.com
Ryan P. McAlister, Bar Roll No. 37788
rmcalister@ohllc.com
P. O. Drawer 52606
1313 West Pinhook Road (70503)
Lafayette, Louisiana 70505-2606
Telephone: (337) 232-2606
Facsimile:  (337) 232-9867

*Counsel for Accountable Healthcare Staffing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Amended Notice of Removal* has been delivered to all counsel of record via electronic mail on this 30th day of August, 2022

*s/Ryan P. McAlister*
Ryan P. McAlister
