# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HEALTHCARE RECRUITERS LLC d/b/a UNITED NURSING INTERNATIONAL** | **CIVIL ACTION NO. 22-2322-WBV-KWR** |
| **vs.** | **DISTRICT JUDGE: VITTER** |
| **ACCOUNTABLE HEALTHCARE STAFFING, INC.** | **MAGISTRATE JUDGE: ROBY** |

## ANSWER TO COUNTERCLAIM AND THIRD-PARTY DEMAND

Healthcare Recruiters LLC d/b/a United Nursing International ("HCR") hereby answers the Counterclaim and Third-Party Demand of Accountable Healthcare Staffing, Inc. ("Accountable") stating the following:

1. The allegations of articles 1,2,3,4 and 5 of the counterclaim are admitted.

2. Responding to article 6, HCR admits that the Statement of Work (the "SOW") is part of the contractual relationship between Accountable and HCR.

3. The allegations of articles 7 and 8 are admitted.

4. The allegations of article 9 are admitted except to further state that the provision of the services was in accordance with not only the SOW but the entire contractual agreement between the parties.

5. The allegations of article 10 are admitted.

6. The allegations of article 11 are denied.

7. Further answering the Counterclaim, HCR states the following affirmative defenses to wit:

    (a) The Counterclaim fails to state a claim upon which relief can be granted.

    (b) Counter-claimant has failed to mitigate its damages, if any damages exist.

{00697910-1}

    (c) Counter-claimants claims are barred by the doctrines of equity, waver, estoppel, ratification, laches, unclean hands and/or acquiescence.

    (d) Counter-claimant is in breach of the agreement between the parties

    (e) Counter-claimant has suffered no harm or loss due to any conduct or omission by HCR.

    (f) Any claims, damages or expenses that counter-claimant has incurred are due to counter-claimant's own negligence or intentional wrongdoing.

    (g) HCR pleads detrimental reliance.

WHEREFORE, HCR reiterates its prayer for relief contained in its originally- filed Petition/Complaint and further praised that after new proceedings are had it be granted that previously requested relief and that counterclaim be dismissed with prejudice. HCR further praised that Accountable be assessed all cost of these proceedings and further that there be judgment herein in favor of HCR and against Accountable for all amounts due as more full set forth in HCR's original Petition/Complaint.

                        Respectfully Submitted,

                            /s/ *Jack M. Alltmont*
Sessions, Fishman, & Nathan, LLC
JACK M. ALLTMONT (Bar No. 2424)
400 Poydras Street, Suite 2550
New Orleans, LA 70130
Phone: (504) 582-1500
Facsimile: (504) 582-1555
Email: jalltmont@sessions-law.com

{00697910-1}