# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HEALTHCARE RECRUITERS, LLC** | **CIVIL ACTION NO. 2:22-cv-02322** |
| **VERSUS** | **DISTRICT JUDGE: PAPILLION** |
| **ACCOUNTABLE HEALTHCARE STAFFING, INC.** | **MAGISTRATE JUDGE: ROBY** |

## NOTICE OF SETTLEMENT

Plaintiff, Healthcare Recruiters, LLC ("HCR"), and Defendant, Accountable Healthcare Staffing, Inc. ("AHS"), by and through undersigned counsel, hereby jointly notify the Court that all claims and causes of action between or among the parties in this lawsuit have been amicably resolved. Pending execution of settlement and release documents, the parties will file a Joint Stipulation for Dismissal.

Respectfully submitted, this 10th day of January, 2024.

/s/ Andrew R. Lee
Andrew R. Lee (La. Bar No. 21196)
Graham H. Ryan (La. Bar No. 34070)
Madeline M. Freese (La. Bar No. 40780)
JONES WALKER LLP
201 St. Charles Ave., 51st Floor
New Orleans, LA 70170
Phone: (504) 582-8000
Fax: (504) 589-8664
Email: alee@joneswalker.com

*Counsel for Plaintiff,*
*Healthcare Recruiters LLC*

*-and-*

#101930136v2

*/s/ J. Michael Fussell, Jr.*
J. Michael Fussell, Jr., Bar Roll No. 29870
mfussell@ohllc.com
Ryan P. McAlister, Bar Roll No. 37788
rmcalister@ohllc.com
OTTINGER HEBERT, L.L.C.
P. O. Drawer 52606
1313 West Pinhook Road (70503)
Lafayette, Louisiana 70505-2606
Telephone: (337) 232-2606
Facsimile: (337) 232-9867

***Counsel for Defendant, Accountable Healthcare Staffing, Inc.***

#101930136v2