# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HEALTHCARE RECRUITERS, LLC** | **CIVIL ACTION NO. 2:22-cv-02322** |
| **VERSUS** | **DISTRICT JUDGE: PAPILLION** |
| **ACCOUNTABLE HEALTHCARE STAFFING, INC.** | **MAGISTRATE JUDGE: ROBY** |

## ORDER

Considering the *Motion to Dismiss Based on Compromise and Settlement* (R. Doc. 140) filed jointly by Plaintiff, Healthcare Recruiters, LLC, and Defendant, Accountable Healthcare Staffing, Inc. (the "Parties");

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice pursuant to the terms of that certain Settlement Agreement entered into by and between the Parties.

Judgment signed at New Orleans, Louisiana, this 21st day of February 2024.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT COURT**

#102073419v1